## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ELLIOTT OSBORNE, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | No. 1:19-cv-8374 |
| v. | ) ) | |
| WEWORK COMPANIES INC., WEWORK CONSTRUCTION LLC, WW 210 N GREEN LLC d/b/a WEWORK, 332 S MICHIGAN TENANT LLC d/b/a WEWORK GRANT PARK, WW 111 WEST ILLINOIS LLC d/b/a WEWORK RIVER NORTH, 20 W KINZIE TENANT LLC d/b/a WEWORK4, 100 S STATE STREET TENANT LLC d/b/a WEWORK5, 125 S CLARK STREET TENANT LLC d/b/a WEWORK6, 222 S RIVERSIDE PLAZA TENANT LLC d/b/a WEWORK8, 330 NORTH WABASH TENANT LLC d/b/a WEWORK9, 515 N STATE STREET TENANT LLC d/b/a WEWORK10, 1 SOUTH DEARBORN STREET TENANT LLC d/b/a WEWORK11, 625 WEST ADAMS STREET TENANT LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Honorable Edmond E. Chang Magistrate Judge Young B. Kim |
| Defendants. | ) | |

## <u>DEFENDANTS' MOTION TO DISMISS</u>

For the reasons stated in the Memorandum in Support of Defendants' Motion to Dismiss filed contemporaneously herewith, Defendants request that the Court dismiss Plaintiff's Class Action Complaint with prejudice.[1]

---

[1] Counsel for the parties have conferred and the undersigned counsel understands that Plaintiff's counsel will oppose this motion.

Dated: May 13, 2021                        Respectfully submitted,

                                                 WEWORK DEFENDANTS

                                               By: */s/ Matthew C. Wolfe*
                                                  One of Its Attorneys

                                             Melissa A. Siebert (masiebert@shb.com)
                                             Matthew C. Wolfe (mwolfe@shb.com)
                                             Yara K. Rashad (yrashad@shb.com)
                                             SHOOK, HARDY & BACON L.L.P.
                                             111 South Wacker Drive, Suite 4700
                                             Chicago, IL 60606
                                             Tel: (312) 704-7700
                                             Fax: (312) 558-1195

                                             ***Attorneys for the WeWork Defendants***

## **CERTIFICATE OF SERVICE**

I, Matthew C. Wolfe, an attorney, hereby certify that on **May 13, 2021** I caused a true and correct copy of the foregoing **DEFENDANTS' MOTION TO DISMISS** to be filed electronically. Notice of this filing will be sent through the Court's CM/ECF system to the following counsel:

> Ryan F. Stephan
> James B. Zouras
> Catherine T. Mitchell
> Haley R. Jenkins
> STEPHAN ZOURAS, LLP
> 100 North Riverside Plaza, Suite 2150
> Chicago, IL 60601
> (312) 233-1550
> (312) 233-1560 (Fax)
> jzouras@stephanzouras.com
> rstephan@stephanzouras.com
> hjenkins@stephanzouras.com
>
> ***Attorneys for the WeWork Defendants***


___ */s/ Matthew C. Wolfe* _____