# Attachment C

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ELLIOTT OSBORNE, individually, and on behalf of all others similarly situated, | ) )  ) No. 1:19-cv-8374 ) |
| Plaintiff, | ) ) |
| *v.* | ) Honorable Edmond E. Chang ) |
| WEWORK COMPANIES INC., ET AL., | ) Magistrate Judge Young B. Kim ) |
| Defendants. | ) ) ) |

<u>**DECLARATION OF SUSANNA WEBB RE: JUMIO SETTLEMENT**</u>

Pursuant to 28 U.S.C. §1746, I, Susanna Webb, hereby declare as follows:

1.       I have personal knowledge of the matters set forth in this declaration and would be competent to testify thereto at a trial or hearing in this matter.

2.       I am a Project Manager with KCC Class Action Services, LLC ("KCC"), located at 464 S 4th Street, Louisville, Kentucky. Pursuant to a Preliminary Approval Order dated December 23, 2019, Circuit Court of Cook County Judge Michael Mullen appointed KCC as the Settlement Administrator in connection with the proposed Settlement in *Prelipceanu v. Jumio Corp.*, Case No. 2018-CH-15883 (Cir. Ct. Cook Cty.) (the "*Jumio* Case").

3.       On July 2, 2020, I submitted a declaration in the *Jumio* Case attesting to the notice and mailing procedures KCC followed as part of its administration of the *Jumio* Case Settlement. A copy of that declaration with attachments, which is attached here as Exhibit 1, detailed the steps KCC took to provide court-approved notice to the individuals listed on the *Jumio* Case Settlement Class List.

4.       As described in my July 2, 2020 declaration, KCC received a list of 169,155 records identified as the *Jumio* Case Settlement Class List, which included name and address information.

KCC formatted the list for mailing purposes, removed duplicate records and processed these names and addresses through the National Change of Address Database ("NCOA") to update any addresses on file with the United States Postal Service ("USPS"). KCC then updated its proprietary database with the *Jumio* Case Settlement Class List.

5.     I have reviewed the *Jumio* Case Settlement Class List and have confirmed that Elliott Osborne ("Osborne") was one of the individuals whose name and address was included on the *Jumio* Case Settlement Class List.

6.     On January 27, 2020, KCC printed and mailed a Postcard Notice to the 168,337 individuals on the Class List, including Osborne. I have reviewed KCC's records, which indicate that KCC mailed Osborne's Postcard Notice on January 27, 2020. A true and correct copy of the Postcard Notice is attached to my July 2, 2020 declaration as Exhibit A.

7.     On or about January 27, 2020, KCC established a website www.idbipasettlement.com dedicated to this matter to provide information to the Class Members and to answer frequently asked questions. The website URL was set forth in the Postcard Notice. Visitors of the website could download copies of the Long-Form Notice (in both English and Spanish), the Claim Form (in both English and Spanish), and other case-related documents. Visitors could also submit claims online, and request exclusion.

8.     KCC did not receive a returned Postcard Notice from the United States Postal Service for Osborne.

9.     KCC did not receive a request for exclusion from Osborne. A list of the Class Members who submitted valid exclusions is attached to my July 2, 2020 declaration as Exhibit D.

10.     KCC did not receive a claim form from Osborne either prior to or following March 22, 2020, the deadline date for Claim Form submission as explained in my July 2, 2020 declaration.

11. KCC received one objection to the settlement from an individual named Ashley Allen. Osborne did not object to the settlement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 5, 2021

_____

Susanna Webb

3

Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
7/7/2020 8:22 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018CH15883

9692066

FILED DATE: 7/7/2020 8:22 PM   2018CH15883

# Exhibit 2

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

ALEX PRELIPCEANU, individually and
on behalf of a class of similarly situated
individuals

                Plaintiff,

     vs.

JUMIO CORPORATION, a Delaware
corporation

              Defendant.

Case No. 2018-CH-15883

Hon. Michael T. Mullen

FILED DATE: 7/7/2020 8:22 PM  2018CH15883

## **DECLARATION OF SUSANNA WEBB RE: NOTICE PROCEDURES**

I, Susanna Webb, declare and state as follows:

    1.      I am a Project Manager with KCC Class Action Services, LLC ("KCC"), located at 464 S 4th Street, Louisville, Kentucky. Pursuant to the Preliminary Approval Order dated December 23, 2019, the Court appointed KCC as the Settlement Administrator in connection with the proposed Settlement of the above-captioned Action. I have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

    2.      On January 14, 2020, KCC received from Defense Counsel a list of 169,155 records identified as the Class List. The Class List included Name and Address information. KCC formatted the list for mailing purposes, removed duplicate records, and processed the names and addresses through the National Change of Address Database ("NCOA") to update any addresses on file with the United States Postal Service ("USPS"). KCC updated its proprietary database with the Class List.

FILED DATE: 7/7/2020 8:22 PM   2018CH15883

3.       On January 27, 2020, KCC caused the Postcard Notice to be printed and mailed to the 168,337 individuals identified in the Class List.  A true and correct copy of the Postcard Notice is attached hereto as Exhibit A.

4.       Since mailing the Postcard Notices to the Class Members, KCC has received 843 Postcard Notices returned by the USPS with undeliverable addresses.  Through credit bureau and/or other public source databases, KCC performed address searches for these undeliverable Postcard Notices and was able to find updated addresses for 144 Class Members.  KCC promptly re-mailed Postcard Notices to the updated addresses.

5.       KCC caused the Short Form Notice to be published in the January 3, 2020 issue of the *Chicago Tribune – Red Eye*, the February 4, 2020 issue of the *Peoria Journal Star*, and the February 10, 2020 issue of *The Chicago Tribune*. A true and correct copy of the Short Form Notice as it appeared in each newspaper is attached hereto as Exhibit B.

6.       In addition, KCC purchased and delivered 21, 932, 357 advertising impressions ("impressions") of the digital notice distributed via the Google Display Network. These impressions appeared on both mobile and desktop devices from January 27, 2020 through March 22, 2020 on the Google Display Network. KCC purchased and delivered an additional 180,978 impressions through ChicagoTribune.com and PJStar.com from January 27, 2020 through February 26, 2020. A copy of the digital notice, as it appeared on a variety of websites through the Google Display Network as well as on ChicagoTribune.com and PJStar.com are attached here to as Exhibit C.

FILED DATE: 7/7/2020 8:22 PM   2018CH15883

7.     On or about January 27, 2020, KCC established a website www.idbipasettlement.com dedicated to this matter to provide information to the Class Members and to answer frequently asked questions.  The website URL was set forth in the Postcard Notice and Short Form Notice.  Visitors of the website could download copies of the Long-Form Notice (in both English and Spanish), the Claim Form (in both English and Spanish), and other case-related documents. Visitors could also submit claims online, and request exclusion.

8.     KCC established and continues to maintain a toll-free telephone number for Class Members to call and obtain information about the Settlement, request a Long-Form Notice (in English or Spanish), and/or seek assistance from a prerecorded list of frequently asked questions regarding the settlement.  The telephone hotline became operational on January 27, 2020 and is accessible 24 hours a day, 7 days a week.

9.     The deadline for Class Members to file claim forms in this matter was March 22, 2020.   To date, KCC has received 14,451 valid timely-filed claim forms.

10.     The Postcard Notice informed Class Members that requests for exclusion from the Class must be postmarked no later than February 26, 2020.  As of the date of this declaration, KCC has received 94 valid requests for exclusion. A list of the Class Members who submitted valid exclusions is attached hereto as Exhibit D.

11.     The postmark deadline for Class Members to object to the settlement was February 26, 2020.  As of the date of this declaration, KCC has received one objection to the settlement from Ashley Allen.

FILED DATE: 7/7/2020 8:22 PM    2018CH15883

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 2, 2020

_____

SUSANNA WEBB

FILED DATE: 7/7/2020 8:22 PM  2018CH15883

# EXHIBIT A

*Prelipceanu v. Jumio Corporation* BIPA Settlement Administrator
P.O. Box 43172
Providence, RI 02940-3172

FILED DATE: 7/7/2020 8:22 PM    2018CH15883

## LEGAL NOTICE

If you are receiving this notice, you have been identified as an individual who may have used Jumio's technology to verify your identity online by matching your photo with your photo ID.

See other side for details.

# JUP



Postal Service: Please Do Not Mark Barcode

JUP-«Claim8»-«CkDig»

Login ID: <<Claim8>>
PIN Code: <<PIN>>

«FirstNAME» «LastNAME»
«Addr1» «Addr2»
«City», «State»«FProv» «Zip»«FZip»
«FCountry»

**YOU MAY BE ENTITLED TO A CASH PAYMENT FROM A CLASS ACTION SETTLEMENT IF YOU ARE AN INDIVIDUAL IN ILLINOIS AND YOUR BIOMETRICS WERE COLLECTED, CAPTURED, PURCHASED, RECEIVED THROUGH TRADE, OTHERWISE OBTAINED OR IN THE POSSESSION OF JUMIO AND/OR ANY OF ITS PARENTS, SUBSIDIARIES, AGENTS OR TECHNOLOGY AT ANY TIME BETWEEN DECEMBER 21, 2013 AND DECEMBER 23, 2019.**

A proposed Settlement has been reached in a class action lawsuit against Jumio Corp. regarding its use of facial recognition technology to perform identity verification through its NetVerify service between December 21, 2013 and December 23, 2019, allegedly in violation of the law. The case is *Prelipceanu v. Jumio Corp.,* Case No. 2018-CH-15883, currently pending in the Circuit Court of Cook County, Illinois, Chancery Division. The proposed Settlement is not an admission of wrongdoing by Jumio, and Jumio vigorously denies that it violated the law. The Court has not decided who is right or wrong. Rather, to save the time, expense, and distraction of litigation, the Parties have agreed to settle the lawsuit.

**Who Can File a Claim?** Any individual in Illinois whose Biometrics or photos were collected, captured, purchased, received through trade, otherwise obtained or in the possession of Jumio and/or its parents, subsidiaries, agents or technology at any time between December 21, 2013 and December 23, 2019 may be eligible to receive benefits from this Settlement.

**What Does The Settlement Provide?** Jumio has agreed to create a Settlement Fund in the amount of $7,000,000 to pay valid claims, settlement administration expenses, attorneys' fees, costs and expenses, and a Class Representative incentive award. Each Class Member who submits a timely, valid Claim Form may receive a *pro rata* share of the Settlement Fund (the actual cash amount an individual will receive is dependent on the number of valid claims submitted). To receive benefits from the Settlement, you must submit a Claim Form by **March 23, 2020**. Class Members can file a Claim Form online at www.IDBIPASettlement.com, or visit the website and download a Claim Form and submit it by email or by mail. Visit the website below or call for more information on filing your claim. Without admitting liability, Jumio has also agreed to certain changes to its biometric collection practices, as explained in the detailed notice and Settlement Agreement at the website listed below.

**Your Rights May Be Affected.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **February 26, 2020**. If you do not exclude yourself, you may object to it by **February 26, 2020**. The detailed notice, available at the Settlement Website listed below or through the Settlement Administrator, explains how to exclude yourself or object. The Court will hold a hearing on **March 31, 2020**, to consider whether to approve the Settlement, Class Counsel's request for attorneys' fees of up to forty percent of the Settlement Fund, plus costs and expenses, and an incentive award for the Class Representative of up to $10,000. You can appear at the hearing, but you do not have to. If you want, you can hire your own attorney, at your own expense, to appear or speak for you at the hearing. *Visit the Settlement Website, www.IDBIPASettlement.com, or contact the Settlement Administrator at Prelipceanu v. Jumio Corporation BIPA Settlement Administrator, P.O. Box 43172, Providence, RI 02940-3172 for details about options and deadlines*.

*For more information and for a Claim Form, visit www.IDBIPASettlement.com or call 1-866-524-0722.*
*Para una notificación en Español, visite www.IDBIPASettlement.com.*

FILED DATE: 7/7/2020 8:22 PM   2018CH15883

# EXHIBIT B

# marketplace



**Merchandise | Auctions | Employment | Transportation | Rentals | Real Estate | and more!**

**ThriveHive**

Leading digital solutions, helping Peoria area businesses connect with customers.

**FREE CONSULTATION!**

Matt Abraham, Digital Strategy Specialist | mabraham@pjstar.com

**Deadlines**
Ads – Cancellations – Corrections

| Day Published | In-Column Ads | Display Ads |
|---|---|---|
| Monday | Fri. 4:45... | Fri. 11 a.m. |
| Tuesday | Mon. 4:45... | Fri. 11 a.m. |
| Wednesday | Tue. 4:45... | Mon. 11 a.m. |
| Thursday | Wed. 4:45... | Tue. 11 a.m. |
| Friday | Thurs. 4:00... | Wed. 11 a.m. |
| Saturday | Fri. 4:00... | Thurs. 11 a.m. |
| Sunday | Fri. 4:45... | Thurs. 11 a.m. |

(Deadlines Advanced for Holidays)

pjstar.com — in partnership with ZipRecruiter

The newest and easiest way to search for your next car Online! BestRide.com

pjstar.com — SEARCH | BUY | RESEARCH | COMPARE

• Search thousands of LOCAL new and used vehicles.
• View hundreds of LOCAL vehicle VIDEOS.

## Crossword

**ACROSS**
1 Gist
4 Seines
8 Stein filler
11 Egypt's cont.
13 Memorable times
14 Mineral deposit
15 Worthless coin
16 Chopped down
17 Occupation
18 Late bloomer
20 Type of wave
21 Prompt
23 Exist
24 Calcutta nanny
27 Made up one's mind
31 Kahuna's spud
32 Henri's island
33 Noon, on a sundial
35 — tai
36 Make doilies
39 Mr. Carvey
40 Wireless pioneer
41 Portent
42 Royal pronoun
44 Debate side
45 Prior's superior
48 Stinging insects
52 Verbal abuse
53 Satyr
56 "Norma —"
57 Hatcher or Garr
58 Feed the kitty
59 Pedro's aunt
60 Hilo guitar
61 Changed color
62 Body part

**DOWN**
1 Space station
2 Strange sightings
3 Dry wine
4 First P.M. of India
5 Before, to bards
6 Shooting marble
7 Form 1040 info
8 In the pact
9 Burglar's "key"
10 Millay or Ferber
14 Moray
19 Mountain refrain
20 Prefix for pod
22 Newspaper staffer
23 Mild acid
24 PIN prompter
25 Sir's companion
26 Diva's tune
28 Gusto
29 Reason to eat out
34 Mr. McKellen
37 Lisbon lady
38 Beginner
40 Snipped
44 Had
45 Toward the stern
46 Cordon —
47 Fox's sound
49 Mile. in Barcelona
50 Set of two
51 Bed of coal
54 Craze
55 "Have you — wool?"
55 Navajo foe

**Answer to Previous Puzzle**

| E | L | K | | S | L | Y | | L | A | D |
| Y | E | N | | C | H | E | E | P | I | C | E |
| E | G | O | | O | R | A | T | E | S | H | E |
| O | B | E | Y | E | D | | M | A | N |
| | C | H | A | I | R | | I | L | L | N | E | S | S |
| L | O | R | D | | S | O | L | | P | E | A |
| A | P | E | | O | W | E | | R | E | L | Y |
| N | I | A | G | A | R | A | | F | I | E | F | S |
| | N | U | T | | L | O | C |
| A | U | G | U | R | | W | A | L | K | E | D |
| L | P | N | | A | B | A | C | K | | K | O | A |
| A | T | A | | S | I | D | E | S | | E | E | R |
| W | O | W | | T | E | D | | S | R | I |



**Find at least six differences in details between panels.**

Differences: 1. Steps on stove are higher. 2. Hat top is added. 3. Shelf is different. 4. Bracelet is missing. 5. Mouth is different.



"I'm sure glad Noah remembered to bring his kittycats on the ark."

—Bil & Jeff Keane

---

## Legal Notice

**YOU MAY BE ENTITLED TO A CASH PAYMENT FROM A CLASS ACTION SETTLEMENT IF YOU ARE AN INDIVIDUAL IN ILLINOIS AND YOUR BIOMETRICS WERE COLLECTED, CAPTURED, PURCHASED, RECEIVED THROUGH TRADE, OTHERWISE OBTAINED OR IN THE POSSESSION OF JUMIO AND/OR ANY OF ITS PARENTS, SUBSIDIARIES, AGENTS OR TECHNOLOGY AT ANY TIME BETWEEN DECEMBER 21, 2013 AND DECEMBER 23, 2019.**

A proposed settlement has been reached in a class action lawsuit against Jumio Corp. regarding its use of facial recognition technology to perform identity verification through its NetVerify service from December 21, 2013, to December 23, 2019, allegedly in violation of the law. The case is *Prelipceanu v. Jumio Corp.*, Case No. 2018CH15883, currently pending in the Circuit Court of Cook County, Illinois, Chancery Division. The proposed Settlement is not an admission of wrongdoing by Jumio, and Jumio vigorously denies that it violated the law. The Court has not decided who is right or wrong. Rather, to save the time, expense, and distraction of litigation, the parties have agreed to settle the lawsuit.

**Who Can File a Claim?** Any individual in Illinois whose Biometrics or photos were collected, captured, purchased, received through trade, otherwise obtained or in the possession of Jumio and/or its parents, subsidiaries, agents or technology at any time between December 21, 2013 and December 23, 2019 may be eligible to receive benefits from this Settlement.

**What Does The Settlement Provide?** Jumio has agreed to create a settlement fund in the amount of $7,000,000 to pay valid claims, settlement administration expenses, attorneys' fees, costs and expenses, and a Class Representative incentive award. Each Class Member who submits a timely, valid Claim Form may receive a *pro rata* share of the Settlement Fund (the actual cash amount an individual will receive is dependent on the number of valid claims submitted). To receive benefits from the Settlement, you must submit a Claim Form by **March 23, 2020.** Class Members can file a Claim Form online at www.IDBIPASettlement.com, or visit the website and download a Claim Form and submit it by email or by mail. Visit the website below or call for more information on filing your claim. Without admitting liability, Jumio has also agreed to certain changes to its biometric collection practices, as explained in the detailed notice and Settlement Agreement at the website listed below.

**Your Rights May Be Affected.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **February 26, 2020.** If you do not exclude yourself, you may object to it by **February 26, 2020.** The detailed notice, available at the settlement website listed below or through the Settlement Administrator, explains how to exclude yourself or object. The Court will hold a hearing on **March 31, 2020,** to consider whether to approve the Settlement, Class Counsel's request for attorneys' fees, costs and expenses, and an incentive award for the Class Representative. You can appear at the hearing, but you do not have to. If you want, you can hire your own attorney, at your own expense, to appear or speak for you at the hearing. *Visit the settlement website, www.IDBIPASettlement.com, or contact the Settlement Administrator, P.O. Box 43172, Providence, RI 02940-3172, for details about options and deadlines.*

*For more information and for a Claim Form, visit www.IDBIPASettlement.com or call 1-866-524-0722.*

*Para una notificación en Español, visite www.IDBIPASettlement.com.*

---

## Classified Sections

**Announcement** — Publication/Credit Policy...

**Cemetery Lots/Mausoleums** — Sprindale Cemetery Lots, Hillcrest, Lot 6 & 66 East 1/2, 2 Lots $2,500. 309-688-1875...

**Merchandise**

**Wanted to Buy/Trade** — Paying Cash for collections of record albums and 45 singles from the 50's through the 90's. Buying large and small accumulations...

**Antiques/Collectibles/Flea Markets** — Wanted: Advertising ephemera and charge plates/cards from Bergners 815-257-6694

**Articles for Sales** — BUBBLE spa Elite w/ massaging bath mat, remote control, LX. $75. 309-889-4455

**Appliances** — Costway counter top ice maker $75. New, never opened. Call 309-648-1271

**Home Furnishings** — Bathroom vanity with rack, 4 shelves, white, goes around the toilet, comes w/ magazine basket. $75 309-863-7012

**Electronics/Satellites/Misc.** — 40" Samsung Smart TV, Good picture, $200. 309-863-7012

**Medical/Handicap Equipment** — Walker wheat, plus size, never used, black & red. New $180, asking $150 682-0111

**Firewood/Fuel** — FIREWOOD/CAMPING WOOD, $70 a face cord, promo courteous service, delivery available in tri-county area which includes stacking, 100% seasoned hardwood, Volume discounts available. 309-357-0028

**Tools & Machinery** — CRAFTSMAN 18' Pipe Wrench Heavy duty, GC $15. 309-696-9879

**Pet & Supply**

**Dogs/Cats/Etc.** — 2 AKC Bull Terrier pups. Brindle & white, $900. Call/text 309-750-6339

**Medical/Handicap Equipment** — Grab Bars for bathroom. Novus 16" chrome, heavy duty. $75 309-863-7012 / Oxygen machine, hardly used, paid $700, best offer over $400. 309-692-2777

## Pets / Dogs/Cats/Etc.

Pomeranian pups, 1 female black & brown female, UTD on shots. $600. 217-549-5201

PUG PUPPIES, vet checked, 1st shots, $700. Call or text 309-221-0824

SIAMESE KITTENS, vet checked, 1st shots. $150. call or text (309)221-0824

The perfect gift for Valentines Day - AKC registered dalmation puppies. $900 each. 815-499-8470.

**Miscellaneous Pets** — TurfSonalities Low-Cost Spay/Neuter for Cats & Kittens. 535 Females. Additional Services available with surgery. Call The Daniel J. Elias Memorial Foundation "PURRSONALITIES™" at 309-360-7455 or email purrsonalities4@peoriahive.com today for more information.

## Notices / Legal Notice

**PUBLIC NOTICE** — TREE TRIMMING ACTIVITIES IN PEORIA AND NEARBY AREAS... TO THE PATRONS OF AMEREN ILLINOIS: Please be advised that Ameren Illinois will trim trees and other vegetation in and around the township of Peoria, Illinois. Our tree trimming activity arborists will trim trees and other vegetation that could interfere with electric lines that run from pole to pole and elsewhere. This work is necessary in order to minimize the likelihood of outages and safety hazards. There is no charge to you for this service. If you have any questions about this work, please call 1-800-755-5000 or visit our website at MyAmerenIllinois.com. You may address your concerns in the manner specified on our website. You may also call the Consumer Services Division of the Illinois Commerce Commission at 1-800-524-0795. Maps have been provided to the mayors and the county board chairpersons of the affected areas. Sincerely, Ameren Illinois Forestry Department

**CavaPoo puppies, 2nd generation. OFA Certificates on parents. Top quality puppies. UTD on shots! Vet checked, 2 yr health guarantee. Check out website or give us a call. 217-722-0615. Website: windsorespuppies.com**

**LABRADOODLES Black & Cream Health Guarantee Vet Checked READY NOW! Call (563) 499-5361**

**MASTIFF ENGLISH AKC** Large pups, fawn & brindle colors. Shots & wormed. $1,000 309-945-2371

**MINIATURE DACHSHUNDS. $200-400. Black & tan, by phel & cream. 309-231-3469**

**Looking for a house, car, job ?**

The Journal Star Classified advertising section is your destination. Call 309-686-3060




JournalStar

© 2020 LIFS, Dist. by Andrews McMeel Syndication for LIFS



**Legal Notice**

**YOU MAY BE ENTITLED TO A CASH PAYMENT FROM A CLASS ACTION SETTLEMENT IF YOU ARE AN INDIVIDUAL IN ILLINOIS AND YOUR BIOMETRICS WERE COLLECTED, CAPTURED, PURCHASED, RECEIVED THROUGH TRADE, OTHERWISE OBTAINED OR IN THE POSSESSION OF JUMIO AND/OR ANY OF ITS PARENTS, SUBSIDIARIES, AGENTS OR TECHNOLOGY AT ANY TIME BETWEEN DECEMBER 21, 2013 AND DECEMBER 23, 2019.**

A proposed settlement has been reached in a class action lawsuit against Jumio Corp. regarding its use of facial recognition technology to perform identity verification through its NetVerify service from December 21, 2013, to December 23, 2019, allegedly in violation of the law. The case is *Prelipceanu v. Jumio Corp.*, Case No. 2018CH15883, currently pending in the Circuit Court of Cook County, Illinois, Chancery Division. The proposed Settlement is not an admission of wrongdoing by Jumio, and Jumio vigorously denies that it violated the law. The Court has not decided who is right or wrong. Rather, to save the time, expense, and distraction of litigation, the parties have agreed to settle the lawsuit.

**Who Can File a Claim?** Any individual in Illinois whose Biometrics or photos were collected, captured, purchased, received through trade, otherwise obtained or in the possession of Jumio and/or its parents, subsidiaries, agents or technology at any time between December 21, 2013 and December 23, 2019 may be eligible to receive benefits from this Settlement.

**What Does The Settlement Provide?** Jumio has agreed to create a settlement fund in the amount of $7,000,000 to pay valid claims, settlement administration expenses, attorneys' fees, costs and expenses, and a Class Representative incentive award. Each Class Member who submits a timely, valid Claim Form may receive a *pro rata* share of the Settlement Fund (the actual cash amount an individual will receive is dependent on the number of valid claims submitted). To receive benefits from the Settlement, you must submit a Claim Form by **March 23, 2020**. Class Members can file a Claim Form online at www.IDBIPASettlement.com, or visit the website and download a Claim Form and submit it by email or by mail. Visit the website below or call for more information on filing your claim. Without admitting liability, Jumio has also agreed to certain changes to its biometric collection practices, as explained in the detailed notice and Settlement Agreement at the website listed below.

**Your Rights May Be Affected.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **February 26, 2020**. If you do not exclude yourself, you may object to it by **February 26, 2020**. The detailed notice, available at the settlement website listed below or through the Settlement Administrator, explains how to exclude yourself or object. The Court will hold a hearing on **March 31, 2020**, to consider whether to approve the Settlement, Class Counsel's request for attorneys' fees, costs and expenses, and an incentive award for the Class Representative. You can appear at the hearing, but you do not have to. If you want, you can hire your own attorney, at your own expense, to appear or speak for you at the hearing. *Visit the settlement website, www.IDBIPASettlement.com, or contact the Settlement Administrator, P.O. Box 43172, Providence, RI 02940-3172, for details about options and deadlines.*

*For more information and for a Claim Form, visit www.IDBIPASettlement.com or call 1-866-524-0722.*
*Para una notificación en Español, visite www.IDBIPASettlement.com.*



A **Chicago Tribune** publication

**redeyechicago.com**

**FOLLOW US**

🐦 TWITTER
@redeyechicago

📷 INSTAGRAM
@redeyechicago

f FACEBOOK
TheRedEye

**CONTACT US**
Newsroom: 312-222-4970
features@redeyechicago.com

Advertising: 312-527-8077
advertisingredeye@tronc.com

Classifieds: 312-222-2222

Circulation:
redservice@tronc.com

**REDEYE WEEKLY**
RedEye, a Chicago Tribune publication, is published weekly. Unsolicited manuscripts, articles, letters and pictures sent to the Chicago Tribune are sent at the owner's risk.

Copyright © 2020 Chicago Tribune Company LLC. All rights reserved as to the entire content. Not for resale.

**ACCURACY AND ETHICS**

The Tribune's editorial code of principles governs professional behavior and journalism standards. Everyone in our newsroom must agree to live up to this code of conduct. Read it at chicagotribune.com/accuracy.

Corrections and clarifications: Publishing information quickly and accurately is a central part of the Chicago Tribune's news responsibility.

To report an error, email readerhelp@chicagotribune.com, fill out a report at chicagotribune.com/corrections, or call the Reader Help line at 312-222-3348.



# RADIUS FOUNDATION INC.

**Improving the Health and Well-being of Individuals, Families and Communities.**

**"WHERE A NEW LIFE CAN BEGIN"**

❖ **DUI SERVICES**      ❖ **PAIN PILLS & HEROIN ADDICTION SERVICES**

*We Specialize in Cost Efficient Opioid, DUI Risk Education and Evaluation Services*

## RADIUS FOUNDATION INC.

**11952 S. Harlem Ave., Suite 100**
**Palos Heights, IL**
**Phone 708-923-0800 • Fax 708-923-0700**
**www.radiusfoundationinc.org**

**HOURS**
**Monday - Friday**
6:00 AM to 2:00 PM
**Saturday**
9:00 AM to 12:00 PM

**MEDICAL INSURANCE WE ACCEPT**








ANDREW HARNIK/AP

ELIZABETH FRANTZ/THE NEW YORK TIMES

Sen. Bernie Sanders, top, in Claremont, N.H., and former Vice President Joe Biden, in Manchester, N.H., speak to supporters on Sunday ahead of the state's primary.

# Primary

Continued from Page 1

Democratic Party to reassess the results. A recanvass is not a recount, but a check of the vote count to ensure the results were added correctly.

The state party released updated results Sunday showing Buttigieg leading Sanders by two state delegate equivalents.

The Associated Press remains unable to declare a winner because it believes the results may not be fully accurate and are still subject to potential revision.

Tracking polls suggested the critiques may be having an effect as New Hampshire voters prepare to go to the polls Tuesday. But those recommending Buttigieg are not necessarily aligning with Biden and the one who has arguably been hurt the most as Buttigieg began to dominate the centrist lane of the race following a strong showing in Iowa last week.

While the race remains fluid, Biden is showing little sign of gaining ground. He stepped up efforts to reignite his candidacy Sunday with an interview on ABC's "This Week" in which he repeatedly critiqued Buttigieg.

"No one has ever won the nomination without being able to get overwhelming support from the African American community," Biden said. "And, so far, no one's been doing that but me." The former vice president continues to poll strongly in more diverse states that vote after New Hampshire.

The former vice president went on to take aim at the scant support Buttigieg has among nonwhite voters.

"He hasn't been able to unify the black community," Biden said, pointing to an African American councilman in South Bend who endorsed Biden without even being asked. "To win, you're going to have to be able to win states like Pennsylvania, you're going to have to be able to win Florida. We're going to have to be able to win in a lot of places that in fact have very diverse populations, and so the assertion that he's ready across the board, I don't see it."

The increasing tension in the race was evident as several candidates pivoted to avoid a weak showing in New Hampshire, which could be devastating to their White House aspirations. Biden also directed his fire at Sanders, warning the Vermont senator that identifying as a democratic socialist could hurt Democrats down the ticket.

"You're going to win with that label, you're going to help somebody in Florida win with the label democratic socialist?" Biden said.

But even as Sanders attacked Buttigieg, arguing he would not be a champion to working people because he is too indebted to CEO donors, he affirmed on CBS' "Face the Nation" that he would work to get him elected if Buttigieg is the nominee. Sanders said the same about billionaire candidate Michael Bloomberg, a favorite nemesis of his campaign.

But Buttigieg was the focus Sunday because Bloomberg is skipping the first four contests and is not on the ticket in New Hampshire.

"At last count he has about 40 billionaires who are contributing to his campaign, the heads of, the CEOs of the large pharmaceutical industries and the insurance companies," Sanders said on CBS. "Do you really think that when somebody gets contributions from the CEOs of drug companies, they're going to stand up to the greed and corruption of that industry? I don't think so."

Sanders released a new interview in the national media on Sunday that he makes that case and calls out Buttigieg by name.

The argument was echoed Sunday by fellow New England candidate Sen. Elizabeth Warren of Massachusetts, who appeared on ABC's "This Week."

Warren is struggling to break into the top tier in New Hampshire, a state that is crucial for her to win. The senator has already had to cancel planned spending in South Carolina as she worked to breathe more oxygen into her campaign here.

"If it's going to take stacking up to billionaires or being a billionaire to get the Democratic nomination to run for president, then all I can say is, buckle up, America, because our government is going to work even better for billionaires than everyone else," Warren said.

# Gunman ambushes NYC police twice in 12-hour span

By Sophia Rosenbaum and Deepti Hajela
Associated Press

NEW YORK — A gunman is in custody after he ambushed police officers in the Bronx twice in 12 hours, wounding two in attacks that ignited outrage from officials who blamed the violence on an atmosphere of anti-police rhetoric.

The man, whose name was not immediately released, was captured after he walked into a police station in the Bronx and started shooting early Sunday, hitting a lieutenant in the arm and narrowly missing other police personnel before he ran out of bullets, lay down and tossed his pistol, police said.

That attack came hours after the same man approached a patrol van in the same part of the Bronx and fired at two officers inside, wounding one, police said.

All are expected to recover, police said.

"It is only by the grace of God and the heroic actions of those inside the building that took him into custody that we are not talking about police officers murdered inside a New York City police precinct," New York City Police Commissioner Dermot Shea said Sunday.

Shea called the gunman a "coward" and said he had a lengthy criminal history, including a 2002 shooting and carjacking in which he also fired a gun at police officers. Shea said the man was paroled from prison in 2017 after an attempted murder conviction.

The commissioner also lashed out at criminal justice reform activists who have held demonstrations against excessive force by police in recent months, including a large protest in Grand Central Terminal. He suggested that the protests helped create an anti-police environment.

"These things are not unrelated," Shea said.



JOHN MINCHILLO/AP

New York City Police Commissioner Dermot Shea, left, speaks as Mayor Bill de Blasio looks on Sunday.

"Words matter. And words affect people's behavior."

Shea didn't offer any evidence that the gunman in this weekend's attacks knew of those protests or was influenced by them.

Mayor Bill de Blasio, who won office partly on a promise to reform overly aggressive policing of minority communities, also suggested that while people had a right to protest, anti-police sentiment had gotten out of hand.

"This was an attempt to assassinate police officers. We need to use that word," the Democratic mayor said Sunday.

Robert Gangi, executive director of the Police Reform Organizing Project advocacy group, pushed back against the criticism aimed at protests, and said it was "irresponsible" for Shea and de Blasio to say the shooter's behavior "is a result of the demonstrations and protesters who are protesting in a legitimate fashion."

Of the shooter, Gangi said there is "no defense for a lunatic who opens fire on police."

Two security camera videos, posted on social media, captured the shooting inside the headquarters of the 41st Precinct, which happened shortly before 8 a.m.

In one of them, the gunman is seen sauntering into the precinct lobby, before disappearing off screen. Police said the lieutenant who was shot returned fire, but didn't hit the gunman.

Then, the gunman rushed into a side room and fired at two people there, including a civilian employee, as they fled. He then retreated to the lobby and dove to the floor.

In another video from a different angle, an officer in the precinct lobby is seen reacting to the first gunshot. Officers converge, pointing their guns, and the gunman's pistol is seen sliding away from him across the floor.

The shooting inside the precinct headquarters came just hours after another attack in the same section of the Bronx, involving the same suspect.

Two officers narrowly escaped with their lives when a gunman fired into their patrol van just before 8:30 p.m. Saturday.

The two uniformed officers, partners for eight years and friends since middle school, were sitting in their van with emergency lights activated when a man approached them, Shea said.

The man asked the officers for directions, then pulled out a gun "without provocation," the commissioner said. The man fired multiple shots, grazing the officer behind the wheel in the chin and neck, and narrowly missing an artery.

Neither officer returned fire.

# Skepticism and doubts over Trump's budget plan for '21

By Andrew Taylor
Associated Press

WASHINGTON — Confronted with trillion-dollar-plus deficits, President Donald Trump is offering a budget plan that rehashes previously rejected spending cuts while leaving Social Security and Medicare benefits untouched.

Trump's fiscal 2021 budget plan, expected to be released Monday, isn't likely to generate a serious Washington dialogue about what to do, if anything this election year, about entrenched fiscal problems that have deficits surging despite a healthy economy.

It was being released on the eve of the New Hampshire primary, a move that minimizes attention.

A blueprint written as if Trump could enact it without congressional approval, the budget proposal relies on rosy economic projections and fanciful claims of future cuts to domestic programs to show that it is possible to bend the deficit curve in the right direction.

The reality is that no one — Trump, the Democratic-controlled House or the GOP-held Senate — has any interest in tackling a chronic budget gap that forces the government to borrow 22 cents of every dollar it spends.

Trump's reelection campaign, meanwhile, is focused on the economy and the historically low jobless rate while ignoring the government's budget.

On Capitol Hill, House Democrats have seen their number of deficit-conscious "Blue Dogs" shrink while the roster of lawmakers favoring costly "Medicare for All" and "Green New Deal" proposals has swelled. Tea party Republicans have abandoned the cause that defined, at least in part, their successful takeover of the House a decade ago.

Trump has succumbed to the Washington temptation to deliver spending



SEAN RAYFORD/GETTY

President Trump's 2021 budget is slated to be released Monday, one day before the New Hampshire primary.

increases and tax cuts first and then deal — or not — with their effect on the deficit. Trump and key administration figures such as Treasury Secretary Steven Mnuchin had promised that Trump's signature cuts to corporate and individual tax rates would pay for themselves; instead the deficit added by more than $300 billion over 2017 to 2019, to nearly $1 trillion.

Trump has also signed two broader budget deals worked out by Democrats and Republicans to get rid of spending cuts left over from a failed 2011 budget accord. The result has been eye-popping spending levels for defense — to about $750 billion this year — and comparable gains for domestic programs favored by Democrats.

The White House hasn't done much to draw attention to this year's budget release, though Trump has revealed initiatives of interest to key 2020 battleground states, such as an increase to $250 million to restore Florida's Everglades and a move to finally abandon a multibillion-dollar, never used, nuclear waste dump that's political poison in Nevada.

The White House also leaked word of a $25 billion proposal for "Revitalizing Rural America" with grants for broadband internet access and other traditional infrastructure projects such as roads and bridges.

The Trump budget also promises a $3 billion increase — to $25 billion — for NASA in hopes of returning astronauts to the moon and on to Mars. It also is likely to reprise his small-bore infrastructure initiative — proposed in prior years to provide just $200 billion in new federal contributions — while proposing a modest parental leave plan.

Trump took to Twitter on Saturday to promise voters that his budget "will not be touching your Social Security or Medicare" in keeping with his longstanding 2016 campaign promise.

Trump had made a bit of a stir last month at a meeting of global economic elites in Davos, Switzerland, when he told a CNBC interviewer that "at some point" he would consider curbs to popular benefit programs like Medicare and Social Security.

Trump has proposed modest adjustments to eligibility for Social Security disability benefits and he's proposed cuts to Medicare providers such as hospitals, but the real cost driver of Medicare and Social Security is the ongoing retirement surge of the baby boom-generation and health care costs that continue to outpace inflation.

Legal Notice

YOU MAY BE ENTITLED TO A CASH PAYMENT FROM A CLASS ACTION SETTLEMENT IF YOU ARE AN INDIVIDUAL IN ILLINOIS AND YOUR BIOMETRICS WERE COLLECTED, CAPTURED, PURCHASED, RECEIVED THROUGH TRADE, OTHERWISE OBTAINED OR IN THE POSSESSION OF JUMIO AND/OR ANY OF ITS PARENTS, SUBSIDIARIES, AGENTS OR TECHNOLOGY AT ANY TIME BETWEEN DECEMBER 21, 2013 AND DECEMBER 23, 2019.

A proposed settlement has been reached in a class action lawsuit against Jumio Corp. regarding its use of facial recognition technology to perform identity verification through its NetVerify service from December 21, 2013, to December 23, 2019, allegedly in violation of the law. The case is *Prelipceanu v. Jumio Corp.*, Case No. 2018CH15883, currently pending in the Circuit Court of Cook County, Illinois, Chancery Division. The proposed Settlement is not an admission of wrongdoing by Jumio, and Jumio vigorously denies that it violated the law. The Court has not decided who is right or wrong. Rather, to save the time, expense, and distraction of litigation, the parties have agreed to settle the lawsuit.

**Who Can File a Claim?** Any individual in Illinois whose Biometrics or photos were collected, captured, purchased, received through trade, otherwise obtained or in the possession of Jumio and/or its parents, subsidiaries, agents or technology at any time between December 21, 2013 and December 23, 2019 may be eligible to receive benefits from this Settlement.

**What Does The Settlement Provide?** Jumio has agreed to create a settlement fund in the amount of $7,000,000 to pay valid claims, settlement administration expenses, attorneys' fees, costs and expenses, and a Class Representative incentive award. Each Class Member who submits a timely, valid Claim Form may receive a *pro rata* share of the Settlement Fund (the actual cash amount an individual will receive is dependent on the number of valid claims submitted). To receive benefits from the Settlement, you must submit a Claim Form by **March 23, 2020**. Class Members can file a Claim Form online at www.IDBIPASettlement.com, or visit the website and download a Claim Form and submit it by email or by mail. Visit the website below or call for more information on filing your claim. Without admitting liability, Jumio has also agreed to certain changes to its biometric collection practices, as explained in the detailed notice and Settlement Agreement at the website listed below.

**Your Rights May Be Affected.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **February 26, 2020**. If you do not exclude yourself, you may object to it by **February 26, 2020**. The detailed notice, available at the settlement website listed below or through the Settlement Administrator, explains how to exclude yourself or object. The Court will hold a hearing on **March 31, 2020**, to consider whether to approve the Settlement, Class Counsel's request for attorneys' fees, costs and expenses, and an incentive award for the Class Representative. You can appear at the hearing, but you do not have to. If you want, you can hire your own attorney, at your own expense, to appear or speak for you at the hearing. *Visit the settlement website, www.IDBIPASettlement.com, or contact the Settlement Administrator, P.O. Box 43172, Providence, RI 02940-3172, for details about options and deadlines.*

For more information and to file a Claim Form, visit www.IDBIPASettlement.com or call 1-866-524-0722.
Para una notificación en Español, visite www.IDBIPASettlement.com

FILED DATE: 7/7/2020 8:22 PM   2018CH15883

# EXHIBIT C

FILED DATE: 7/7/2020 8:22 PM   2018CH15883





*Prelipceanu v. Jumio Corporation*, 300x600

Placement: HuffingtonPost.com

FILED DATE: 7/7/2020 8:22 PM   2018CH15883





*Prelipceanu v. Jumio Corporation* 300x250

Placement: MarketWatch.com

FILED DATE: 7/7/2020 8:22 PM    2018CH15883





*Prelipceanu v. Jumio Corporation: 728x90*
Placement: NBA.com

FILED DATE: 7/7/2020 8:22 PM    2018CH15883





Prelipceanu v. Jumio Corporation: 300x600
Placement: NYPost.com

FILED DATE: 7/7/2020 8:22 PM   2018CH15883





*Prelipceanu v. Jumio Corporation 300x250*

Placement: People.com

FILED DATE: 7/7/2020 8:22 PM   2018CH15883



## THE LATEST



### Kobe Bryant Was a 'Very Hands-On Dad' and 'So Proud' of His 4 Daughters, Source Says

Celebrity // 4 minutes ago



### Boston Celebs Chris Evans, John Krasinki and More Star in Hyundai's Super Bowl 2020 Commercial

Celebrity // 7 minutes ago



ADVERTISEMENT



*Prelipceanu v. Jumio Corporation: 728x90* Case: 1:19-cv-08374 Document #: 56-3 Filed: 06/02/21 Page 24 of 29 PageID #:877

Placement: PJStar.com

FILED DATE: 7/7/2020 8:22 PM    2018CH15883









*Prelipceanu v. Jumio Corporation, 728x90*

Placement: WebMD.com

FILED DATE: 7/7/2020 8:22 PM   2018CH15883





FILED DATE: 7/7/2020 8:22 PM   2018CH15883

# EXHIBIT D

# Opt Outs

FILED DATE: 7/7/2020 8:22 PM   2018CH15883

| | |
|---|---|
| Robert Ashley Fincannon | Ibrahim S  Yafai |
| Mahdi K Rihani | Lauren Joan  Knight |
| Yumen Cao | Tracy L  Thompson |
| Haoqiao Ye | Dejah Michele  Sartin |
| Ann Marie Bridgewater | Yovanne  Barajas |
| Eric D Jr Mosley | Nikhil  Birur Lakshminarayana |
| Kalpana M  Thakkar | Chad J  Musser |
| Daniel Arthur Alupei | Roderick J Abernathy |
| Dayra Joanne Hilderbrandt | Gustavo A Ramirez |
| Sashko Mirchevski | Joel R  Crary |
| Jaqueline  Romero | Piyush A  Jaiswal |
| Stanislav Antyufeev | Aaron Michael  Mcfarlane |
| Cary D Jones | Hashem Y Shudayfat |
| Christopher J Georgen | Matthew S Donald |
| Haley S Gaertner | Sydnee M  Stewart |
| Shyanna Marie Woods | James  Moon |
| Sanjeevakumar Konduru | Dominick  J  Miceli |
| Francisco  Martinez | Keith A Seebeck |
| Juan D Santiago Vasquez | Glaubert Alves Queiroz |
| Mujtaba  Marfani | Jonathan J  Leigeber |
| Ventsislav N  Filipov | Daniel R Chapman |
| Tsegmid Mandakhnar | Victoria A Borman |
| Naim  Halili | Direnc Uyanik |
| Monserrat G  Hernandez Ochoa | Kritsada Sarochvigsit |

FILED DATE: 7/7/2020 8:22 PM   2018CH15883

| | |
|---|---|
| Nickolas A  Rentschler | Tavion Cortez Watson |
| Damian W  Urasinski | Krishna R  Dhanda |
| Petar Spasojevic | Eloy De Jesus Davalos Garcia |
| Gavin E Moats | Javier Armando Suarez |
| Samantha L Hans | Elizabeth M Ball |
| Jason L Remot | Thomas K Larson |
| Brandon N  Wang | Damon D Rios |
| Kareemah S Gary | Janet L Kim |
| Ian Lee | Le V Phan |
| Brian G Marshall | Tzu Kun Hsiao |
| Joseph D Del Real | Allen Cm Tang |
| Joshua Allen Giuliani | Courtney E Lenz |
| Tahsina Tabassum | Omer Mir Iqbal |
| Rebecca R Reimer | Mika M Yasukawa |
| Erin E Martens | Lauren K Munoz-Steele |
| Joel W Schoenborn | Jennifer Silva Bautista |
| Rebecca D Roberts | Sabrina R  Guillen |
| Shaqira S  Smith | Rizwan Yusuf Lakada |
| Dan A Jr Tyler | Staniel C Estavillo |
| Antonio Chavez Jr | Maria Urasinski |
| Chelsea A Mcgee | Garrett P Wolfe |
| Michal Slomba | Ulises Duarte |
| Daniel W Stock | Kendra N Martin |