# Attachment G

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ELLIOTT OSBORNE, individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:19-cv-08374 ) ) |
| WEWORK COMPANIES INC., ET AL., | ) Honorable Edmond E. Chang ) |
| Defendants. | ) Magistrate Judge Young B. Kim ) |

**AFFIDAVIT OF BRIAN WEINSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, Brian Weinstein, hereby state as follows:

1. I am a Senior Data Scientist at WeWork Companies. I have held this position as a data scientist since June 2017. As a Senior Data Scientist, I am familiar with the manner and form of the data collected and stored by WeWork, and I help the company use this data to improve its services and offerings.

2. This Affidavit is based on my personal knowledge and review of company records, and I could testify to the matters set forth herein if called as a witness in this matter.

3. In the normal course of its business operations, WeWork maintains logs of member use of the WeWork Member Network.

4. Based on my review of these company records, Elliot Osborne, the Plaintiff, logged in to the WeWork Member Network between and including February 8, 2017, and April 26, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: January 27, 2020

Brian Weinstein, Senior Data Scientist