**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

Elliott Osborne,

Plaintiff(s),

v.

WeWork Companies Inc. et al,

Defendant(s).

Case No.  19 C 8374
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

        which ☐ includes     pre–judgment interest.
               ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: The Plaintiff's individual claims are dismissed with prejudice. The proposed class claims are dismissed without prejudice.

---

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang.

Date:  3/31/2022                     Thomas G. Bruton, Clerk of Court

                                        /s/ Michael Wing, Deputy Clerk